1  DAVID A. HUBBERT
   Acting Assistant Attorney General
2
   CASSONDRA L. MCCORMICK
3  Washington DC Bar
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Washington, D.C. 20044
   202-514-6632 (v)
6  202-307-0054 (f)
   Cassondra.L.McCormick@usdoj.gov
7  *Attorney for the United States of America*

8             IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,                          )
   |                                                    )   Case No. 2:21-cv-01026-TLN-KJN
11 |         Plaintiff,                                 )
   |                                                    )   **ORDER GRANTING JOINT**
12 |         v.                                         )   **REQUEST TO DISMISS STATE OF**
   |                                                    )   **CALIFORNIA FRANCHISE TAX**
13 | ESTATE OF SHIRLEY SHANNON,                         )   **BOARD**
   | MARK BURCH, in his capacity as personal            )
14 | representative of the Estate of Shirley Shannon,   )
   | BUTTE COUNTY ASSESSOR,                             )
15 | BANKERS INSURANCE COMPANY,                         )
   | STATE OF CALIFORNIA FRANCHISE                      )
16 | TAX BOARD, and MCMAINS BAIL BONDS,                 )
   |                                                    )
17 |         Defendant.                                 )
   |                                                    )
18

19
       The United States of America ("United States") and State of California Franchise Tax
20
   Board have jointly moved to dismiss State of California Franchise Tax Board pursuant to Fed. R.
21
   Civ. P. 41(a)(2). Based on the Joint Request to Dismiss State of California Franchise Tax Board
22
   ("Request"), and for good cause shown, the Court hereby GRANTS the Request and IT IS
23
   HEREBY ORDERED that:
24

1. State of California Franchise Tax Board has no interest in the real property located in Butte County, California, that is commonly described as 13624 Autumn Lane, Chico, California 95928, Parcel Number 056-390-029-000 ("Subject Property"). The legal description of the Subject Property is as follows:

> BEING A PORTION OF SECTION 35, TOWNSHIP 23 NORTH, RANGE 2 EAST, M.D.B. & M., BEING ALSO A PORTION OF PARCEL 3, AS SHOWN ON THAT CERTAIN AMENDED PARCEL MAP, RECORDED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF BUTTE, STATE OF CALIFORNIA, ON FEBRUARY 23, 1978, IN BOOK 65 OF MAPS, AT PAGE(S) 16, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 35 AND RUNNING THENCE NORTH 01 DEG. 55' 37" EAST ALONG THE EASTERLY LINE OF SAID SECTION 35, A DISTANCE OF 731.58 FEET TO THE TRUE POINT OF BEGINNING FOR THE PARCEL HEREIN DESCRIBED; THENCE CONTINUING NORTH 01 DEG. 55' 37" EAST ALONG SAID EASTERLY LINE OF SECTION 35, A DISTANCE OF 585.66 FEET; THENCE NORTH 52 DEG. 50' 06" WEST, A DISTANCE OF 317.80 FEET; THENCE SOUTH 05 DEG. 17' 54" WEST, A DISTANCE OF 231.80 FEET; THENCE SOUTH 19 DEG. 40' 00" WEST, A DISTANCE OF 580.00 FEET TO THE SOUTHWEST CORNER OF THE HEREINABOVE MENTIONED PARCEL 3; THENCE SOUTH 89 DEG. 57' 23" EAST ALONG THE SOUTHERLY LINE OF SAID PARCEL 3, A DISTANCE OF 450.16 FEET TO THE TRUE POINT OF BEGINNING.

*See* Dkt. # 1 at ¶ 27.

2. State of California Franchise Tax Board is DISMISSED from this action with prejudice, each party to bear its own respective costs and fees.

Dated this 10th day of August, 2021.

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING JOINT REQUEST TO DISMISS
STATE OF CALIFORNIA FRANCHISE TAX BOARD

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632