IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ESTATE OF SHIRLEY SHANNON,<br>MARK BURCH, in his capacity as personal representative of the Estate of Shirley Shannon,<br>BUTTE COUNTY ASSESSOR,<br>BANKERS INSURANCE COMPANY,<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD, and MCMAINS BAIL BONDS,<br><br>    Defendant. | Case No. 2:21-cv-01026-TLN-KJN<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DEADLINES** |

    The Joint Motion to Vacate Deadlines is hereby GRANTED. All deadlines related to this matter have been VACATED. By July 29, 2022, the Parties shall file either dismissal papers resolving this action or a status report informing the Court whether this case should proceed.

    IT IS SO ORDERED.

Dated this 11th day of March, 2022.

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING JOINT MOTION
TO VACATE DEADLINES
(Case No. 2:21-cv-01026-TLN-KJN)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632