IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ESTATE OF SHIRLEY SHANNON,<br>MARK BURCH, in his capacity as personal representative of the Estate of Shirley Shannon,<br>BUTTE COUNTY ASSESSOR,<br>BANKERS INSURANCE COMPANY,<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD, and MCMAINS BAIL BONDS,<br><br>  Defendant. | Case No. 2:21-cv-01026-TLN-KJN<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT** |

This matter is before the Court on the Stipulation for Entry of Judgment. Having considered the Stipulation, it is hereby ORDERED that the Stipulation is APPROVED and a Judgment shall be entered in accordance with the Stipulation of the parties.

IT IS SO ORDERED.

Dated this 30th day of June, 2022.

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING STIPULATION
FOR ENTRY OF JUDGMENT
(Case No. 2:21-cv-01026-TLN-KJN)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632